E-FILED
Monday, 29 July, 2024  10:43:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUL 19 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN ALLEN LAMM, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| UNITED STATES OF AMERICA, | ) | 23-1367 |
| JEFFREY LEE HO, | ) | |
| S. KINDRED, | ) | |
| Defendants. | ) | |

## FIRST AMENDED COMPLAINT

Now comes the Plaintiff, Kevin Allen Lamm, and complains against the Defendants United States of America, Jeffrey Lee Ho, and S. Kindred, stating as follows:

## I. JURISDICTION/VENUE

1.) This is a civil action against the United States of America for damages brought pursuant to the Federal Tort Claims Act, 28 U.S.C. 1346 (b) and 2671-2680, ("FTCA") on grounds of a medical malpractice claim arising out of extreme physical pain and resulting emotional and psychological stress deliberately inflicted upon the Plaintiff due to the inactions of federal employees Jeffrey Lee Ho and

PAGE 1 OF 15

S. Kindred while in the custody of the United States at Federal Correctional Institution in Pekin ("FCI Pekin") in Pekin, Tazwell County, Illinois.

2.) Plaintiff submitted a claim for the injury detailed in this Complaint to Federal Bureau of Prisons, North Central Regional Office, Complex Tower II, Suite 800, 400 State Avenue, Kansas City, Kansas 66101 via Certified Mail.

3.) Shortly thereafter, the United States acknowledged receipt.

4.) More than six months passed since said claim documents were submitted and received so Plaintiff submitted a reconsideration letter to the same address outlined above.

5.) Shortly thereafter, the United States acknowledged receipt and denied said claim.

6.) Plaintiff then filed suit within six months of that denial date. (See Document 1)

7.) This is a civil action against Defendants Jeffrey Lee Ho and S. Kindred for damages brought pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971) on grounds of medical malpractice arising out of extreme physical pain and resulting emotional and psychological stress deliberately inflicted upon the Plaintiff due to their inactions and deliberate indifference to Plaintiff's

obvious, known, and serious medical need in violation of the Eighth Amendment to the United States Constitution while in the custody of the United States at Federal Correctional Institution in Pekin ("FCI Pekin") in Pekin, Tazwell County, Illinois.

8.) The jurisdiction of this Court is invoked pursuant to the judicial codes 28 U.S.C. 1331, 1346(b), and 2671-2680.

9.) This Court has jurisdiction over the Defendant United States of America because the cause of action alleged arises out of acts and omissions committed by federal government employees acting within the scope of their employment and Defendants Jeffrey Lee Ho and S. Kindred because the cause of action alleged arises out of violation of the Eighth Amendment to the United States Constitution while acting under the color of federal authority while working at FCI Pekin, located in the city of Pekin, Tazwell County, Illinois.

10.) Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to this lawsuit occurred at FCI Pekin, located in the city of Pekin, Tazwell County, Illinois, which is within this judicial district.

## II. PARTIES

11.) Plaintiff: Kevin Allen Lamm, 44116-013, Federal Correctional Institution, P.O. Box 7007, Marianna, FL 32447.

12.) Defendant: Jeffrey Lee Ho, Medical Doctor, FCI Pekin, 2600 South 2nd Street, Pekin, IL 61555.

13.) Defendant: S. Kindred, Registered Nurse, FCI Pekin, 2600 South 2nd Street, Pekin, IL 61555.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

14.) Plaintiff filed a Request for Administrative Remedy at the institutional level in relation to the following complaint and was instructed to file a Federal Tort Claim.

15.) Pursuant to Program Statement 1330.18, Administrative Remedy Program, Section 1, Subpart (c), staff are to refer an inmate to the appropriate statutorily-mandated procedures if the complaint cannot be resolved through the Administrative Remedy process.

16.) Although, Plaintiff was instructed to file a Federal Tort Claim, Plaintiff was not informed he could file a Biven's claim. Plaintiff should have been informed he could file a Biven's claim as well as the Federal Tort Claim.

17.) If Plaintiff would have been informed he could file

a Biven's claim, Plaintiff would have done so. Accordingly, Plaintiff should be permitted to proceed on a Biven's claim against Defendants Jeffrey Lee Ho and S. Kindred.

## IV.  STATEMENT OF CLAIM

18.) On or about December 9, 2020, while incarcerated at FCI Pekin, 2600 South 2nd Street, Pekin, Tazwell County, Illinois, Plaintiff suffered an injury to his scrotum.

19.) During lunch main line Plaintiff went to Health Services Medical Department to report a medical emergency. After attempting to speak with an unknown individual through a locked door — who Plaintiff believes was a nurse — Plaintiff was directed to go back to the unit and have the officer on duty call medical.

20.) Plaintiff returned to the unit and told Correctional Officer Linden what his medical emergency was. Correctional Officer Linden then called medical by phone and explained Plaintiff's situation. The person on the other line told Correctional Officer Linden to tell Plaintiff to sign up for sick call the following day.

21.) This same day, December 9, 2020, the unit was placed on lockdown due to Covid-19.

22.) On December 9, 2020, at approximately 4:30 p.m., Nurse

Kindred made rounds in the unit. At this time, Plaintiff stopped Nurse Kindred at his cell door to report a medical emergency. Initially, Nurse Kindred told Plaintiff she wanted to finish her rounds first, ignoring the problem, before she would attend to Plaintiff. It was only then that she returned to Plaintiff's cell door.

23.) On December 9, 2020 at 4:51 p.m. Plaintiff was evaluated by two medical staff; Nurse Kindred being one of them. Nurse Kindred visually examined Plaintiff's scrotum through a glass window. Nurse Kindred witnessed Plaintiff's scrotum severely enlarged, swollen, bruised all the way around, and could see Plaintiff was in severe pain. On a scale from 1-10, 10 being the highest, Plaintiff rated his pain a 10. (See Exhibit A.)

24.) Plaintiff explained to Nurse Kindred that he felt like something was wrong and asked if X-rays could be done. Nurse Kindred responded that that wouldn't be necessary because there are no bones in the scrotum. Plaintiff inquired about internal bleeding and Nurse Kindred said that that's what the bruising is.

25.) Still, Plaintiff knew that something had to be done, he just didn't know what. Plaintiff was in excruciating pain. Because of the severity of the situation, Nurse Kindred should have had Plaintiff removed from the cell and taken to Health Services

Medical Department for further evaluation. If further evaluation had been done — for instance, a physical examination — Nurse Kindred, or perhaps another nurse or doctor, could have better assessed the situation.

26.) Nurse Kindred only requested — which Plaintiff was prescribed — 800 mg of Ibuprofen and "educated" Plaintiff to elevate the scrotum with a towel stating that the pain and swelling would eventually go away. Plaintiff received a one time prescription of 800 mg of Ibuprofen taken two times a day for 7 days. (See Exhibit A.)

27.) Plaintiff elevated his scrotum and took the Ibuprofen as prescribed, but neither helped with the pain or swelling.

28.) Nurse Kindred should have recommended or requested Plaintiff for a referral to the hospital so he could be processed, treated, and receive emergency care; or, at the bare minimum, scheduled Plaintiff for a follow-up visit with Doctor Lee Ho due to the nature and extent of Plaintiff's injury.

29.) On December 10, 2020 at 6:22 a.m. Doctor Lee Ho co-signed Plaintiff's medical records. (See Exhibit A.) By co-signing Plaintiff's medical records, Doctor Lee Ho was aware of Plaintiff's serious medical condition and should have seen Plaintiff on this day, or at least

scheduled Plaintiff for a follow-up visit due to the nature and extent of Plaintiff's injury and further assess Plaintiff's condition knowing the substantial risks that could be involved with such an injury.

30.) If Doctor Lee Ho had scheduled Plaintiff for a follow-up visit and seen Plaintiff on his own cognisis Plaintiff could have been better treated and received the proper care that he needed. Doctor Lee Ho would have recognized the urgency for a medical trip to the hospital. Clearly, Plaintiff needed a doctor's attention.

31.) As the unit remained on Covid lockdown for the next month or so, Plaintiff complained to medical staff doing their rounds about the continued pain and swelling he was having. Plaintiff would then be given a paper request form to fill out for sick call or reminded to elevate the scrotum, take Ibuprofen, and use ice packs if necessary — all of which Plaintiff did. Plaintiff's requests for sick call went unanswered until Plaintiff was finally seen on February 19, 2021 by Nurse Frank.

32.) On February 19, 2021 at 1:21 p.m. Plaintiff was seen for sick call by Nurse Frank in the Health Services Medical Department. Approximately two and a half months after Plaintiff reported the injury.

At this time, Plaintiff reported having continued pain, mild swelling, and testicular deformity on the right side of his scrotum. Plaintiff rated his pain a 7 out of 10, 10 being the highest. (See Exhibit B.)

33.) Nurse Frank indicated Ibuprofen as an intervention for the pain and requested an Inhouse Ultrasound with a scheduled target date of March 12, 2021. (See Exhibit B.)

34.) On February 19, 2021 at 2:41 p.m. Doctor Lee Ho co-signed Plaintiff's medical records. (See Exhibit B.) By co-signing Plaintiff's medical records, Doctor Lee Ho was aware of Plaintiff's serious medical condition and should have seen Plaintiff on this day, or at least scheduled Plaintiff for a follow-up visit due to the continued pain, mild swelling, and testicular deformity.

35.) Doctor Lee Ho did not prescribe Plaintiff Ibuprofen and the Inhouse Ultrasound never took place. Plaintiff suffered excruciating pain.

36.) On May 11, 2021 Doctor Moats ordered an ultrasound appointment with the UnityPoint Health Pekin Hospital, 600 South 13th Street, Pekin, IL 61554, which took place on June 1, 2021. (See Exhibit C.)

37.) It took the initiative and intervention of Doctor Moats

before Plaintiff received the proper medical care and treatment that Plaintiff needed.

38.) On June 1, 2021 Plaintiff was taken to UnityPoint Health Pekin Hospital for an ultrasound. Plaintiff's ultrasound report states: mild scrotal wall thickening; right testicle is irregular, heterogeneous, and hypoechoic; no identifiable venous or arterial waveforms on spectral or color Doppler; and shrunken avascular right testis likely sequela from prior injury. Urology consult is recommended. Report signed by: Anthony Shadid, M.D. on 6/1/2021 1:09 P.M. (See Exhibit C.)

39.) On June 2, 2021 at 6:07 a.m. Doctor Moats co-signed Plaintiff's medical records. (See Exhibit D.)

40.) On June 3, 2021 Plaintiff met with Doctor Lee Ho for the ultrasound results which coincide with paragraph 38 above. Doctor Lee Ho also performed a physical examination. (See Exhibit E.)

41.) On July 7, 2021 Plaintiff was taken to UnityPoint Health Pekin Hospital to consult with a urologist for the traumatic injury that occurred to Plaintiff's right testicle. The urologist's assistant, Robert Allison, informed Plaintiff that, based on the ultrasound results, Plaintiff's right testicle is irreparable; re-vascularization is not an option; too much time has passed; if proper surgical treatment had been performed within two weeks of

the injury, Plaintiff's testicle could have been saved; and, if the pain persists, take Tylenol or Ibuprofen. This correlates with the urology note as stated in Plaintiff's medical records. (See Exhibit F.)

42.) On July 7, 2021 at 2:33 p.m. Doctor Lee Ho co-signed Plaintiff's medical records. (See Exhibit F.)

43.) Plaintiff would not have lost his right testicle and suffered through months of excruciating pain had he been given the appropriate medical care from the start. Plaintiff did not have an ultrasound until approximately six months after his injury and did not see a urologist until approximately seven months after his injury. By then, Plaintiff's medical emergency was too late to operate on.

44.) Plaintiff should have (i) been taken to the hospital emergency room immediately for surgical treatment; (ii) received an ultrasound, whether inhouse or at the hospital, within at least 48-72 hours of reporting the injury; (iii) consulted with a urologist with some urgency; or (iv) at the bare minimum, been seen by Doctor Lee Ho for a follow-up visit to further assess Plaintiff's injury.

45.) Any one of the aforementioned would have most likely prevented the loss of Plaintiff's right testicle and prevented Plaintiff from suffering long term consequences.

46.) Defendants United States of America, Jeffrey Lee Ho, and S. Kindred refused to acknowledge the serious nature and extent of Plaintiff's injury and failed to recognize the important need for urgent medical care, attention, and treatment.

47.) Any lay person would have seen the necessity and urgency for a doctor's attention. It is apparent that Plaintiff should have been immediately taken to a hospital for an ultrasound, consultation with a urologist, and emergency surgery.

48.) Plaintiff's scrotum was swollen, severely enlarged (the size of a softball), and bruised all the way around. Plaintiff was in extreme pain and pleaded with Nurse Kindred that something should be done. Having no blood in Plaintiff's urine did not exclude the potential risk that something could be wrong with Plaintiff's testicles.

49.) Acting with deliberate indifference, Defendants United States of America, Jeffrey Lee Ho, and S. Kindred recklessly disregarded an obvious, known, and substantial risk that could have, and did, cause permanent damage to either one, or both, of Plaintiff's testicles.

50.) Plaintiff's injury was a serious medical need that carried risks of impairment and permanent damage if left untreated, resulted in needless pain and suffering, and significantly affected Plaintiff's ability to walk,

sleep, or engage in other daily life activities.

51.) Defendants United States of America, Jeffrey Lee Ho, and S. Kindred acted with negligence and deliberate indifference in violation of the Eighth Amendment to the United States Constitution and caused the permanent, irreparable damage, and loss of Plaintiff's right testicle by failing to treat Plaintiff's injury with proper care and urgency which resulted in further significant injury and the unnecessary wanton infliction of pain.

52.) Plaintiff was, and still is, subjected to not only extreme physical pain, and suffering, but also emotional and psychological stress, as well as mental anguish. Plaintiff is scarred for the rest of his life.

## V. REQUEST FOR RELIEF

53.) Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against Defendants United States of America, Jeffrey Lee Ho, and S. Kindred, award him compensatory damages in the amount of 1,500,000.00 dollars and punitive damages in an amount that the Court or jury finds just and reasonable against Defendants United States of America, Jeffrey Lee Ho, and S. Kindred, and seeks declaratory,

injunctive, or other equitable relief from Defendants United States of America, Jeffrey Lee Ho, and S. Kindred that this Court deems just and appropriate.

54.) Plaintiff demands trial by jury.

## VI. 735 Ill. Comp. Stat. 5/2-622 (a)

55.) "Where a plaintiff sues the United States for the medical negligence or malpractice of its employees in Illinois, the applicable Illinois statute requires the plaintiff to file an affidavit along with the Complaint, declaring one of the following: 1) that the affiant has consulted and reviewed the facts of the case with a qualified health professional who has reviewed the claim and made a written report that the claim is reasonable and meritorious (and the written report must be attached to the affidavit); 2) that the affiant was unable to obtain such a consultation before the expiration of the statute of limitations, and affiant has not previously voluntarily dismissed an action based on the same claim (and in this case, the required written report shall be filed within 90 days after the filing of the complaint); or 3) that the plaintiff has made a request for records but the respondent has not complied within 60 days of receipt of the request (and in this case the written

PAGE 14 OF 15

report shall be filed within 90 days of receipt of the records). See 735 Ill. Comp. Stat. 5/2-622(a)." Quoting Smith vs. Brooks, 18-cv-146-JPG.

56.) Plaintiff cannot comply with 735 Ill. Comp. Stat. 5/2-622(a) because Plaintiff is unable to obtain a "written report" from a "qualified health professional" due to his status as a federal prisoner. Plaintiff would need the assistance of an attorney.

## VII. FEDERAL TORT CLAIM AND BIVENS CLAIM

57.) This Complaint is to be construed as a lawsuit against Defendant United States of America and Defendants Jeffrey Lee Ho and S. Kindred separately, but collectively as a whole. Paragraphs 18-54 are intended to be interpreted for both claims.

Signed this 5th day of July, 2024.

Respectfully Submitted,
Kevin Allen Lamm
Kevin Allen Lamm

Kevin Lamm, 44116-013
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447

PAGE 15 OF 15

EXHIBIT A

Bureau of Prisons Health Services Clinical Encounter and Cosign/Review Records. 3 pages.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: LAMM, KEVIN ALLEN | | Reg #: 44116-013 |
| Date of Birth: 03/25/1984 | Sex: M   Race: WHITE | Facility: PEK |
| Encounter Date: 12/09/2020 16:51 | Provider: Kindred, S. RN | Unit: B06 |

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Kindred, S. RN

Chief Complaint:   Male Health Complaint

Subjective:       Medical to evaluate inmate in housing unit with complaints of scrotum pain. Inmate was evaluated by two medical staff. Inmate states he slid off the top bunk and landed on his scrotum in his chair. Inmate states pain is 10/10. He denies any issues with peeing no blood in urine. Inmate educated on elevating scrotum with towel and to take OTC medication. Inmate unable to get OTC medication due to lock down. MD notified and new orders placed.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/09/2020 16:55 |
| Location: | Scrotum |
| Quality of Pain: | Aching |
| Pain Scale: | 10 |
| Intervention: | elevate and ibuprofen |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 12-24 hours |
| Duration: | 12-24 Hours |
| Exacerbating Factors: | activity |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Genitourinary**

**Scrotum**

Yes: Tenderness, Swelling, Erythema

**ASSESSMENT:**

Alteration in comfort

| Inmate Name: | LAMM, KEVIN ALLEN | | | Reg #: | 44116-013 |
|---|---|---|---|---|---|

Inmate Name:  LAMM, KEVIN ALLEN
Date of Birth:   03/25/1984
Encounter Date: 12/09/2020 16:51

Sex:     M    Race:  WHITE
Provider:  Kindred, S. RN

Reg #:   44116-013
Facility:  PEK
Unit:    B06

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 12/09/2020 16:51 |

**Prescriber Order:**     800 mg Orally  -  Two Times a Day PRN x 7 day(s)

Start Now:  Yes

Night Stock Rx#:   160343-PEK

Source:  Night Stock

Admin Method:   Self Administration

Stop Date:  12/16/2020 16:50

MAR Label:  day(s)

One Time Dose Given:  No

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/09/2020 | Counseling | Safety/Injury Prevention | Kindred, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:**  Lee Ho, Jeffrey MD

**Telephone or Verbal order read back and verified.**

Completed by Kindred, S. RN on 12/09/2020 16:59

Requested to be cosigned by  Lee Ho, Jeffrey MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | LAMM, KEVIN ALLEN | | | Reg #: | 44116-013 |
| Date of Birth: | 03/25/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/09/2020 16:51 | Provider: | Kindred, S. RN | Facility: | PEK |

**Cosigned by Lee Ho, Jeffrey MD on 12/10/2020 06:22.**

<u>EXHIBIT  B</u>

Bureau  of  Prisons  Health  Services  Clinical  Encounter
and  Cosign/Review  Records.   3  pages.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: LAMM, KEVIN ALLEN | | | Reg #: 44116-013 |
| Date of Birth: 03/25/1984 | Sex: M Race: WHITE | | Facility: PEK |
| Encounter Date: 02/19/2021 13:21 | Provider: Frank, Jeffrey RN | | Unit: B06 |

Nursing - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1        Provider:  Frank, Jeffrey RN

Chief Complaint:  Pain
Subjective:    Testicular pain.
**Pain:**        Yes

**Pain Assessment**

Date:                    02/19/2021 13:21
Location:                Testicle(s)
Quality of Pain:         Aching
Pain Scale:              7
Intervention:            ibuprofen.
Trauma Date/Year:
Injury:
Mechanism:
Onset:                   2-6 Months
Duration:                2-6 Months
Exacerbating Factors:    none
Relieving Factors:       none
Reason Not Done:
Comments:

COMPLAINT  2        Provider:  Frank, Jeffrey RN

Chief Complaint:  Skin Problem
Subjective:    complaint of nail problem.
**Pain:**        No

## OBJECTIVE:

### ROS Comments

Inmate states slipped getting off top bunk and fell hitting testicles on back of a chair. states initially informed medical but has had continued pain. states right testicle feels deformed.

### Exam Comments

Thick toe nails, most likely fungal. swelling decreased.

## ASSESSMENT:

Alteration in comfort

## PLAN:

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 03/12/2021 | 03/12/2021 | Routine | No | |

| Inmate Name:   LAMM, KEVIN ALLEN | | Reg #:   44116-013 |
|---|---|---|
| Date of Birth:   03/25/1984 | Sex:   M   Race:   WHITE | Facility:   PEK |
| Encounter Date:   02/19/2021 13:21 | Provider:   Frank, Jeffrey RN | Unit:   B06 |

Subtype:

Ultrasound - Inhouse

Reason for Request:

Inmate fell while getting of top bunk and hit groin on chair back. states having continued pain 2 months post injury. please schedule scrotal ultrasound next inhouse appointment.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/19/2021 | Counseling | Plan of Care | Frank, Jeffrey | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Lee Ho, Jeffrey MD

**Telephone or Verbal order read back and verified.**

Completed by Frank, Jeffrey RN on 02/19/2021 13:28

Requested to be cosigned by  Lee Ho, Jeffrey MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | LAMM, KEVIN ALLEN | | Reg #: | 44116-013 |
| Date of Birth: | 03/25/1984 | Sex: M | Race: | WHITE |
| Encounter Date: | 02/19/2021 13:21 | Provider: Frank, Jeffrey RN | Facility: | PEK |

**Cosigned by Lee Ho, Jeffrey MD on 02/19/2021 14:41.**

EXHIBIT C

UnityPoint Health Pekin Hospital Records. 2 pages.

Lamm, Kevin (MR # 97658213) DOB: 03/25/1984  CSN #: 876108873

**FCI/FPC PEKIN**

44116-013

Page 1 of 2

**UnityPoint Health**
Pekin

| | |
|---|---|
| **Patient:** | **Kevin Lamm** |
| **MRN:** | **97658213** |
| DOB: | 3/25/1984, Sex: male |
| AGE: | 37 y.o. |
| Ph #: | 309-346-8588 |
| Acct #: | 368076678 |
| Pt Class: | Outpatient |
| Adm: | 6/1/2021 1211 |
| D/C: | |
| CSN: | 876108873 |
| LOC: | Uph Pekin Hospital |

Ordering Prov:   MOATS, SCOTT L          Accession #:       21PPK576643

                                        Performance date:   6/1/2021  1:07 PM

CC fax recipient:
PCP               Moats, Scott L

## Results

**US Scrotum And Contents (Order 686106352)**

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jun 1, 2021 | 1:07 PM | | | Jun 1, 2021 | 1:09 PM |

**Narrative & Impression**

Comparison: None

History: Injury to the right testis 7 months ago. Patient is recurrent and inner mid right testicular pain. Right testicle has trunk and over time

Technique: Grayscale and spectral Doppler evaluation of the scrotum.

Findings:

Right: Mild scrotal wall thickening. The testis measures 2.7 x 1.7 x 1.6 cm. The testis is irregular, heterogeneous and hypoechoic. No identifiable venous or arterial waveforms on spectral or color Doppler. No microcalcifications or mass. The epididymis is unremarkable.

No hydrocele. There is no varicocele or extratesticular mass. No inguinal hernia.

Left: The scrotal wall is normal thickness. The testis measures 4.0 x 2.5 x 3.5 cm. Normal testicular echotexture and blood flow. Normal venous and arterial waveforms demonstrated on spectral Doppler. No microcalcifications or mass. The epididymis is unremarkable.

Small hydrocele is noted. There is no varicocele or extratesticular mass. No inguinal hernia.

Lamm, Kevin (MR # 97658213) DOB: 03/25/1984  CSN #: 876108873

Page 1 of 2

Lamm, Kevin (MR # 97658213) DOB: 03/25/1984  CSN #: 876108873                                Page 2 of 2
**Narrative & Impression (continued)**

Impression: Shrunken avascular right testis likely sequela from prior
injury. No testicular mass or orchitis. Urology consult is
recommended.

A Needs Follow Up message has been sent to SCOTT L MOATS (or
Provider's designee) via the PowerScribe 360 | Critical Result
system on 6/1/2021 1:09 PM, Message ID 4414417.

Report signed by: Anthony Shadid, M.D. on 6/1/2021 1:09 PM
Report created with Powerscribe360

### Signed

Electronically signed by Anthony M Shadid, MD on 6/1/21 at 1309 CDT

### Ordered On 5/11/2021  8:39 AM

| Ordering Provider | Authorizing Provider | Ordering User | Ordering Department |
|---|---|---|---|
| Scott L Moats, MD | Scott L Moats, MD | Susan Hedrick | PRM CENTRAL SCHEDULING |
| . 309-346-8588 | . 309-346-8588 | | . 309-672-5522 |

### Department

| Name | Address | Phone |
|---|---|---|
| PPK Ultrasound | 600 S 13th Street Pekin IL 61554 | 309-353-0368 |

### Additional Information

| Specimen ID | Specimen Source | Specimen Type |
|---|---|---|
| 21PPK576643 | | |

### Associated Diagnoses

**Testicular pain**

### Lab Information

UPH PPK PEKIN HOSPITAL RADIANT RAD
PEKIN, Illinois

<u>EXHIBIT D</u>

Bureau of Prisons Health Services Clinical Encounter and Cosign/Review Records. 2 pages.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | LAMM, KEVIN ALLEN | | Reg #: | 44116-013 |
| Date of Birth: | 03/25/1984 | Sex: M   Race: WHITE | Facility: | PEK |
| Encounter Date: | 06/01/2021 13:46 | Provider: Schumm, T. RN | Unit: | Z04 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Schumm, T. RN

Chief Complaint:   Medical Trip Return
Subjective:   Medical trip return from ultrasound
**Pain:**        No

**OBJECTIVE:**

**ASSESSMENT:**

Other

IM returned from scrotal ultrasound appointment. Awaiting results at this time.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/01/2021 | Counseling | Access to Care | Schumm, T. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes        **By:**  Moats, Scott (MAT) MD, CD
**Telephone or Verbal order read back and verified.**

Completed by Schumm, T. RN on 06/01/2021 13:50
Requested to be cosigned by  Moats, Scott (MAT) MD, CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | LAMM, KEVIN ALLEN | | | Reg #: | 44116-013 |
| Date of Birth: | 03/25/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/01/2021 13:46 | Provider: | Schumm, T. RN | Facility: | PEK |

**Cosigned by Moats, Scott (MAT) MD, CD on 06/02/2021 06:07.**

EXHIBIT E

Bureau of Prisons Health Services Clinical Encounter Records. 2 pages.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:   LAMM, KEVIN ALLEN | | Reg #:   44116-013 |
| Date of Birth:   03/25/1984 | Sex:   M   Race:   WHITE | Facility:   PEK |
| Encounter Date:   06/03/2021 14:47 | Provider:   Lee Ho, Jeffrey MD | Unit:   Z04 |

Physician - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**      Provider:   Lee Ho, Jeffrey MD

Chief Complaint:   Other Problem

Subjective:   Inmate had Testicular US done 6/1/2021 and inmate given results today. Right testicle is irregular, heterogenous and hypoechoic. No identifiable venous or arterial waveforms on spectral or color Doppler. No microcalcifications or mass. The epididymis is unremarkable. Impression: Shrunken avascular right testis likely sequela from prior injury. No testicular mass or orchitis. Urology consult is recommended.

Inmate states he was actually in an altercation when he first complained of this injury on 12/09/2020. Today, he states he was actually kicked in the testicles by his cellmate at that time. Currently, he has some discomfort in the right testicle. He was advised that a consult to see Urology would be placed for further evaluation. Inmate expressed understanding stating, "I would like to report the altercation and press charges" Lt. Vega present during encounter. Officer Kemper present for physical exam.

Pain:   Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 06/03/2021 14:52 |
| Location: | Testicle(s) |
| Quality of Pain: | Aching |
| Pain Scale: | 4 |
| Intervention: | none |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 6-12 Months |
| Duration: | <30 Minutes |
| Exacerbating Factors: | pressure |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/03/2021 | 14:46 PEK | 98.1 | 36.7 | | Lee Ho, Jeffrey MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/03/2021 | 14:46 PEK | 78 | | | Lee Ho, Jeffrey MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Inmate Name: LAMM, KEVIN ALLEN | | |
|---|---|---|
| Date of Birth: 03/25/1984 | Sex: M Race: WHITE | Reg #: 44116-013 |
| Encounter Date: 06/03/2021 14:47 | Provider: Lee Ho, Jeffrey MD | Facility: PEK |
| | | Unit: Z04 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/03/2021 | 14:46 PEK | 16 | Lee Ho, Jeffrey MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/03/2021 | 14:46 PEK | 138/83 | | | | Lee Ho, Jeffrey MD |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Genitourinary**

**Scrotum**

Yes: Tenderness

No: Hernia R

**Testicles**

Yes: Atrophy R, Testicular Tenderness R, Asymmetry

No: Mass(es)

**ASSESSMENT:**

Acquired absence of other genital organ(s), Z9079 - Current - *Right testicular atrophy secondary to trauma.*

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Urology | 07/03/2021 | 07/03/2021 | Routine | No | |

Subtype:

Urolog, NOS

Reason for Request:

37 y.o white male involved in an altercation 12/2020 and kicked in his testicles. He had immediate pain and swelling. He had Testicular Ultrasound done 6/1/2021 showing shrunken avascular right testis likely sequela from prior injury. Requesting Urology consult for further evaluation and management.

Provisional Diagnosis:

Atrophic right testicle.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/03/2021 | Counseling | Plan of Care | Lee Ho, Jeffrey | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Lee Ho, Jeffrey MD on 06/03/2021 15:00

EXHIBIT F

Bureau of Prisons Health Services Clinical Encounter and Cosign/Review Records. 2 pages.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: LAMM, KEVIN ALLEN | | Reg #: 44116-013 |
| Date of Birth: 03/25/1984 | Sex: M   Race: WHITE | Facility: PEK |
| Encounter Date: 07/07/2021 14:09 | Provider: Frank, J. RN | Unit: Z04 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**          Provider: Frank, J. RN

Chief Complaint: Other Problem
Subjective: Returned from urology after evaluation.
**Pain:** No

**OBJECTIVE:**

### Comments

Urology note as stated (Atrophic/avascular R testicle per ultrasound report. Pt declined physical exam today, so assessment is limited. Too much time has passed, re-vascularization is not an option. initial, injury reportedly in December 2020. F/U prn. If indicated, investigation for hypogonadism in the future, if symptoms consistent with this diagnosis occur. Robert Allison PA-C)

**ASSESSMENT:**

Other

**PLAN:**

**Disposition:**

Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/07/2021 | Counseling | Plan of Care | Frank, J. | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes          **By:** Lee Ho, Jeffrey MD
**Telephone or Verbal order read back and verified.**

Completed by Frank, J. RN on 07/07/2021 14:16
Requested to be cosigned by Lee Ho, Jeffrey MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | LAMM, KEVIN ALLEN | | | Reg #: | 44116-013 |
| Date of Birth: | 03/25/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/07/2021 14:09 | Provider: | Frank, J. RN | Facility: | PEK |

**Cosigned by Lee Ho, Jeffrey MD on 07/07/2021 14:33.**

